Ryan Gile (CA SBN 192802)
rg@gilelawgroup.com
**GILE LAW GROUP LTD.**
1140 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Phone: 702.703.7288

Attorneys for Koki Sakaguchi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re: ) | Case No.  2:25-mc-128 |
| ) | |
| DMCA SUBPOENA TO NEMESIS ) | **DECLARATION IN SUPPORT** |
| AGENT, INC. d/b/a LAXD ) | **OF REQUEST FOR DMCA** |
| ) | **SUBPOENA TO NEMESIS** |
| Service Provider, ) | **AGENT, INC. d/b/a/ LAXD** |
| ) | |
| ) | |
| _____ ) | |

I, Koki Sakaguchi, declare as follows:

1.     I am a Citizen of Japan, over the age of 18 years old, and I make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.     I submit this declaration in support of my request for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), to Nemesis Agent, Inc., d/b/a LAXD ("LAXD"), an internet service provider, relating to the posting of two copyrighted videos (the "Infringing Material") on the website at the domain laxd.com.

3.     I am the owner of the copyrights in the Infringing Material identified in the subpoena request and have personal knowledge of the ongoing infringement that occur on the internet. The Infringing Material is hosted exclusively on a Japan-

1  based server, and authorized access is limited to Japanese Internet Protocol (IP)

2  addresses.

3  4.      On October 29, 2025, I sent copyright infringement notifications to LAXD's

4  DMCA agent demanding that the Infringing Material be removed from LAXD.

5  Pursuant to 17 U.S.C. § 512(c)(3)(A), the notification was properly signed by me,

6  identified the copyrighted material being infringed, set forth a listing of the URL

7  containing the Infringing Material, confirmed that such use of my copyrighted

8  works was not authorized by me, and gave contact information such that the

9  DMCA Agent could reach me with questions. A true and correct copy of the

10  October 29, 2025 notifications are attached hereto as **Exhibits A-B**.

11  5.      The correct romanization of my name is Koki Sakaguchi, but when I

12  submitted the copyright infringement notifications in Japanese, my name was

13  incorrectly romanized by the automatic translation system as "Kosei Sakaguchi,"

14  which is why the copyright owner's name that appears in Exhibits A-B is different.

15  6.      The purpose of the DMCA Subpoena is to obtain information sufficient to

16  identify the alleged infringer(s) who, without authorization from me, copied the

17  Infringing Material from the Japan-based server and uploaded it to the website

18  hosted by LAXD at laxd.com. The information received as a result of the Subpoena

19  will only be used by me to protect my rights under Title 17 of the United States

20  Code.

21      The foregoing is true and correct under penalty of perjury pursuant to the

22  laws of the United States of America.

23

24      Date:  December 10, 2025

25

26      Koki Sakaguchi

27

28