# EXHIBIT A

October 29, 2025 DMCA Takedown Notice to LAXD

https://adult.contents.fc2.com/article/4694056/

# EXHIBIT A



