# EXHIBIT B

October 29, 2025 DMCA Takedown Notice to LAXD

https://adult.contents.fc2.com/article/4723700/

# EXHIBIT B



# [LAXD] We have accepted a complaint regarding copyright infringement based on DMCA.

**LAXD運営事務局** <noreply@form.laxd.com>  
10/30/2025 10:56  
To 自分

This is the LAXD management office.
This email is an automatic reply to a complaint about copyright infringement based on the DMCA that you sent.
We will send you a formal reply email later.
We try to respond quickly, but if there is a flood of inquiries,
It may take some time to respond. Please understand in advance.

In addition, this DMCA Takedown notice is a legal document with an electronic signature.
In the unlikely event that there is an error in this content or that it is not a claim made by you,
If it is a false claim, please contact us promptly from the email address used for the application.

※Please note that you will not be able to receive this email even if you reply.
―――――――――――――――――――――――
[Company/organization name]: Kosei Sakaguchi
[Name and name of the person in charge]: Kosei Sakaguchi
[Email address]: kouki619uw@gmail.com
[Attles]: 2-9-11 Umeda, Adachi-ku, Tokyo
[TEL]: 07045370619
[Reason for deletion request]:
I am the copyright holder.
Please delete it.

[In the case of live performance, the date and time when the infringement was confirmed]:
[Information on the content you have the right to]:
Identification of the copyrighted work:
The above video infringes my copyrighted work originally published at the following URL:
Https://adult.contents.fc2.com/article/4723700/

The original work is hosted exclusively on a Japan-based FC2 server (access restricted to Japanese I Ps).
Because the original page cannot be viewed outside Japan, I have provided a screenshot for verificat Ion:
Https://imgur.com/a/TRDAjHz

Https://imgur.com/a/TRDAjHz

I am the creator and copyright holder of this work.
The screenshot was taken directly from my official FC2 account dashboard

I am the copyright owner of this work.
The material was reproduced and publicly transmitted on TokyoMotion without my authorization.
I request you remove or disable access to this infringing material under the Digital Millennium Copyright Act (17 U.S.C. §512).

I have a good faith belief that the use of the material in the manner complained of is not authorize d by the copyright owner, its agent, or the law.
The information in this notification is accurate, and under penalty of perjury, I am the owner, or a m authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

Date: October 30, 2025
Signature: /s/ Koki Sakaguchi

[Specific URL to request deletion]:
Https://market.laxd.com/item/Zgs1tHe4sfnh54bMHpb9NWM/

[Number of content to be deleted (Please fill in the number of items that match the URL of the report)]: 1
[Agreement (1)]:
Confirm and agree to the following terms. " We in good faith recognize in good faith that the use of the content you have claimed is not authorized by the copyright holder, agent, or the law.

[Agreement (2)]:
Confirm and agree to the following terms. " I swear that I am the owner of the copyright or the official agent of the law, knowing that there is no falsehood in the content of the notice and that perjury is subject to punishment.

[Agreement (3)]:
We agree to disclose information such as the name of the deletion requester, contact information, and the reason for the deletion request to the service users who have published the relevant content.

[Agreement (4)]:
All the information included in the claim is correct.

[Caution]:

