AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Central District of California

| | |
|---|---|
| In re DMCA Subpoena to Nemesis Agent, Inc. | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 2:25-mc-128 -UA |
| | ) |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

### Nemesis Agent, Inc. d/b/a LAXD

To:

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All information sufficient to identify the Infringers, each of whom is identified under the coumns entitled "Submitter Profile URL" and "Nickname of Submitter" corresponding to each of the Infriging Works, as specfied in the attached Exhibit A, including, but not limited to, name(s), last know address(es), last known phone number(s), last known email address(es), and logs of IP addresses.

| Place: GILE LAW GROUP<br>1140 N. Town Center Drive, Suite 100<br>Las Vegas, NV 89144 | Date and Time:<br>December 31, 2025 at 10 a.m. PT |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/11/2025

CLERK OF COURT

*E. Liberus*

_____     OR     _____
_Signature of Clerk or Deputy Clerk_                       _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Koki Sakaguchi
_____ , who issues or requests this subpoena, are:

Ryan Gile, Esq.; GILE LAW GROUP, 1140 N. Town Center Drive, Suite 100, Las Vegas, NV 89144; rg@gilelawgroup; (702) 703-7288

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# EXHIBIT A

Chart of Infringing Material

# EXHIBIT A

| Title of Original Work | Original Work URL | Infringing Product URL | Product ID | Submitter Profile URL | Nickname of Submitter |
|---|---|---|---|---|---|
| 顔スタイルモデル級...18歳ポニテ美女に真っ昼間から家で精子ぶち込みロケット中出し。 | https://adultcontents.fc2.com/article/4694056/ | https://market.laxd.com/item/SZGgeaVKf2YNwnRrsLEVwuU/?dref=ranking_index_page | SZGgeaVKf2YNwnRrsLEVwuU | N/A（URL 不明） | ハメ T 氏 |
| アイドルっチェイス F カップ18歳、普段は静かなのに...前戯で濡れ濡れ敏感中出しせつくす | https://adultcontents.fc2.com/article/4723700/ | https://market.laxd.com/item/Zgs1tHe4sfnh54bMHpb9NWM/ | Zgs1tHe4sfnh54bMHpb9NWM | https://market.laxd.com/maker/hamedoriya1010/ | akityan |

# EXHIBIT B

Declaration of Koki Sakaguchi in Support of Request

for DMCA Subpoena to Nemesis Agent, Inc.

# EXHIBIT B

1   Ryan Gile (CA SBN 192802)
    rg@gilelawgroup.com
2   **GILE LAW GROUP LTD.**
    1140 N. Town Center Drive, Suite 100
3   Las Vegas, NV 89144
    Phone: 702.703.7288
4
    Attorneys for Koki Sakaguchi
5

6
                    UNITED STATES DISTRICT COURT
7
        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
8

9   In re:                          )    Case No.  2:25-mc-128
                                     )
10  DMCA SUBPOENA TO NEMESIS         )
    AGENT, INC. d/b/a LAXD           )    **DECLARATION IN SUPPORT**
11                                   )    **OF REQUEST FOR DMCA**
                    Service Provider,)    **SUBPOENA TO NEMESIS**
12                                   )    **AGENT, INC. d/b/a/ LAXD**
                                     )
13  _____ )

14

15  I, Koki Sakaguchi, declare as follows:

16

17  1.    I am a Citizen of Japan, over the age of 18 years old, and I make this

18  declaration based upon personal knowledge and, if called to testify could and

19  would testify competently to the facts set forth herein.

20  2.    I submit this declaration in support of my request for issuance of a Subpoena

21  by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act

22  ("DMCA"), 17 U.S.C. § 512(h), to Nemesis Agent, Inc., d/b/a LAXD ("LAXD"),

23  an internet service provider, relating to the posting of two copyrighted videos (the

24  "Infringing Material") on the website at the domain laxd.com.

25  3.    I am the owner of the copyrights in the Infringing Material identified in the

26  subpoena request and have personal knowledge of the ongoing infringement that

27  occur on the internet. The Infringing Material is hosted exclusively on a Japan-

28

based server, and authorized access is limited to Japanese Internet Protocol (IP) addresses.

4.    On October 29, 2025, I sent copyright infringement notifications to LAXD's DMCA agent demanding that the Infringing Material be removed from LAXD. Pursuant to 17 U.S.C. § 512(c)(3)(A), the notification was properly signed by me, identified the copyrighted material being infringed, set forth a listing of the URL containing the Infringing Material, confirmed that such use of my copyrighted works was not authorized by me, and gave contact information such that the DMCA Agent could reach me with questions. A true and correct copy of the October 29, 2025 notifications are attached hereto as **Exhibits A-B**.

5.    The correct romanization of my name is Koki Sakaguchi, but when I submitted the copyright infringement notifications in Japanese, my name was incorrectly romanized by the automatic translation system as "Kosei Sakaguchi," which is why the copyright owner's name that appears in Exhibits A-B is different.

6.    The purpose of the DMCA Subpoena is to obtain information sufficient to identify the alleged infringer(s) who, without authorization from me, copied the Infringing Material from the Japan-based server and uploaded it to the website hosted by LAXD at laxd.com. The information received as a result of the Subpoena will only be used by me to protect my rights under Title 17 of the United States Code.

The foregoing is true and correct under penalty of perjury pursuant to the laws of the United States of America.

Date:  December 10, 2025

*Koki Sakaguchi*

Koki Sakaguchi

# EXHIBIT A

October 29, 2025 DMCA Takedown Notice to LAXD

https://adult.contents.fc2.com/article/4694056/

# EXHIBIT A



[LAXD] We have accepted a complaint regarding copyright infringement based on DMCA.

Inbox ×

15 / Many

October 29th (Wed) 20:43

LAXD運営事務局 <noreply@form.laxd.com>
To 自分 ▾

This is the LAXD management office.
This email is an automatic reply to a complaint about copyright infringement based on the DMCA that you sent.
We will send you a formal reply email later.
We try to respond quickly, but if there is a flood of inquiries,
it may take some time to respond. Please understand in advance.

In addition, this DMCA Takedown notice is a legal document with an electronic signature.
In the unlikely event that there is an error in this content or that it is not a claim made by you,
If it is a false claim, please contact us promptly from the email address used for the application.

*Please note that you will not be able to receive this email even if you reply.

[Company/organization name]: Kosei Sakaguchi
[Name and name of the person in charge]: Kosei Sakaguchi
[Email address]: kouki619uw@gmail.com
[Atlles]: 2-9-11 Umeda, Adachi-ku, Tokyo
[TEL]: 07045370619
[Reason for deletion request]:
In violation of copyright
Please delete it because it is reprinted and sold.

[In the case of live performance, the date and time when the infringement was confirmed]:
[Information on the content you have the right to]:
Https://adult.contents.fc2.com/article/46940056/

Currently, it is only available on the Japanese server.
Please check the following with the image.
Https://imgur.com/a/ZwT3B7c

[Specific URL to request deletion]:



Currently, it is only available on the Japanese server.
Please check the following with the image.
Https://imgur.com/a/ZwT3B7c

[Specific URL to request deletion]:
Https://market.laxd.com/item/SZGqeaVXf2YNwnRrsLEVwuU/? dref=ranking_index_page

[Number of content to be deleted (Please fill in the number of items that match the URL of the report)]: 1
[Agreement (1)]:
Confirm and agree to the following terms. " We in good faith recognize in good faith that the use of the content you have claimed is not authorized by the copyright holder, agent, or the law.

[Agreement (2)]:
Confirm and agree to the following terms. " I swear that I am the owner of the copyright or the official agent of the law, knowing that there is no falsehood in the content of the notice and that perjury is subject to punishment.

[Agreement (3)]:
We agree to disclose information such as the name of the deletion requester, contact information, and the reason for the deletion request to the service users who have published the relevant content.

[Agreement (4)]:
All the information included in the claim is correct.

[Caution]:
Please note that if you use this form illegally, your LAXD account will be deleted.

[Electronic signature (Please enter the name of the person in the case of the person, and the name of the person in charge [last name and first name] in the case of a corporation.] ]: Kosei Sakaguchi
[USER AGENT] Mozilla/5.0 (iPhone; CPU iPhone OS 18_6_2 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GSA/391.0.820341064 Mobile/15E148 Safari/604.1

You can check the status of your inquiry from the following.

Contact number: 45550
Inquiry status confirmation URL: https://form1ssl.laxd.com/form/show.php? casenumber=45550
※Please note that you will not be able to receive this email even if you reply.
=================================================

# EXHIBIT B

October 29, 2025 DMCA Takedown Notice to LAXD

https://adult.contents.fc2.com/article/4723700/

# EXHIBIT B

# Gmail

- Create

| | |
|---|---|
| 📥 Inbox | 9,552 |
| ⭐ With a star | |
| ⏰ During snooze | |
| ▷ Sent | |
| 📄 Draft | 52 |
| 🛒 Purchase | 305 |
| ∨ See more | |

Label ＋

- nanagigi1122@gmail.com
- Notes

---

🔍 LAXD

**[LAXD] We have accepted a complaint regarding copyright infringement based on DMCA.**  Inbox ×

**LAXD運営事務局** <noreply@form.laxd.com>
To 自分 ▾

10/30/2025 10:56

This is the LAXD management office.
This email is an automatic reply to a complaint about copyright infringement based on the DMCA that you sent.
We will send you a formal reply email later.
We try to respond quickly, but if there is a flood of inquiries,
It may take some time to respond. Please understand in advance.

In addition, this DMCA Takedown notice is a legal document with an electronic signature.
In the unlikely event that there is an error in this content or that it is not a claim made by you,
If it is a false claim, please contact us promptly from the email address used for the application.

※Please note that you will not be able to receive this email even if you reply.

[Company/organization name]: Kosei Sakaguchi
[Name and name of the person in charge]: Kosei Sakaguchi
[Email address]: kouki619uw@gmail.com
[Atlies]: 2-9-11 Umeda, Adachi-ku, Tokyo
[TEL]: 07045370619
[Reason for deletion request]:
I am the copyright holder.
Please delete it.

[In the case of live performance, the date and time when the infringement was confirmed]:
[Information on the content you have the right to]:
Identification of the copyrighted work:
The above video infringes my copyrighted work originally published at the following URL:
Https://adult.contents.fc2.com/article/4723700/

The original work is hosted exclusively on a Japan-based FC2 server (access restricted to Japanese I Ps).
Because the original page cannot be viewed outside Japan, I have provided a screenshot for verificat Ion:
Https://imgur.com/a/TrRDAHz

Https://imgur.com/a/TRDAiHz

I am the creator and copyright holder of this work.
The screenshot was taken directly from my official FC2 account dashboard

I am the copyright owner of this work.
The material was reproduced and publicly transmitted on TokyoMotion without my authorization.
I request you remove or disable access to this infringing material under the Digital Millennium Copyright Act (17 U.S.C. §512).

I have a good faith belief that the use of the material in the manner complained of is not authorize d by the copyright owner, its agent, or the law.
The information in this notification is accurate, and under penalty of perjury, I am the owner, or a m authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

Date: October 30, 2025
Signature: /s/ Koki Sakaguchi

[Specific URL to request deletion]:
Https://market.laxd.com/item/Zgs1tHe4sfnIn54bMHlpb9NWM/

[Number of content to be deleted (Please fill in the number of items that match the URL of the report)]: 1
[Agreement (1)]:
Confirm and agree to the following terms. " We in good faith recognize in good faith that the use of the content you have claimed is not authorized by the copyright holder, agent, or the law.

[Agreement (2)]:
Confirm and agree to the following terms. " I swear that I am the owner of the copyright or the official agent of the law, knowing that there is no falsehood in the content of the notice and that perjury is subject to punishment.

[Agreement (3)]:
We agree to disclose information such as the name of the deletion requester, contact information, and the reason for the deletion request to the service users who have published the relevant content.

[Agreement (4)]:
All the information included in the claim is correct.

[Caution]:

Confirm and agree to the following terms. "We in good faith recognize in good faith that the use of the content you have claimed is not authorized by the copyright holder, agent, or the law.

[Agreement (2)]:
Confirm and agree to the following terms." I swear that I am the owner of the copyright or the official agent of the law, knowing that there is no falsehood in the content of the notice and that perjury is subject to punishment.

[Agreement (3)]:
We agree to disclose information such as the name of the deletion requester, contact information, and the reason for the deletion request to the service users who have published the relevant content.

[Agreement (4)]:
All the information included in the claim is correct.

[Caution]:
Please note that if you use this form illegally, your LAXD account will be deleted.

[Electronic signature (Please enter the name of the person in the case of the person, and the name of the person in charge [last name and first name] in the case of a corporation.)]: Kosei Sakaguchi
[USER AGENT] Mozilla/5.0 (iPhone; CPU iPhone OS 18_6_2 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GSA/392.0.823086651 Mobile/15E148 Safari/604.1

You can check the status of your inquiry from the following.

Inquiry number: 45564
Inquiry status confirmation URL: https://form1ssl.laxd.com/form/show.php?_casenumber=45564
※Please note that you will not be able to receive this email even if you reply.
==========================================================